# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

## MARTINSBURG DIVISION

**C. WILLIAM HETZER, INC.,**

Plaintiff,

v.

**S.F.C. II, L.L.C.,** et al.[1]

Defendants.

Civil Action No.: 3:07-cv-00051-JPB

## ORDER REFERRING CASE TO BANKRUPTCY COURT

This day came Defendants S.F.C., L.L.C. and S.F.C. II, L.L.C. ("Defendants"), by counsel, and C. William Hetzer, Inc. ("Hetzer"), by counsel, and moved the Court to refer Civil Action No. 3:07-cv-00051-JPB to the United States Bankruptcy Court for the Northern District of West Virginia (the "Bankruptcy Court") to be consolidated with an adversary proceeding filed by C. William Hetzer, Inc., AP No. 3:06-ap-00209, filed in the bankruptcy case of Tackley Mill, L.L.C., Bankruptcy Petition Number 3:06-bk-00820, currently pending before the Bankruptcy Court. Accordingly, it is hereby **ORDERED** that S.F.C., L.L.C., S.F.C. II, L.L.C. and C. William Hetzer's motion is granted and Civil Action No. 3:07-cv-00051-JPB is hereby referred to the United States Bankruptcy Court for the Northern District of West Virginia.

Enter this 9th day July 2007.

_____
United States District Court Judge

---

[1] In addition to S.F.C. II, L.L.C, the other defendants are S.F.C., L.L.C.; Richard A. Pill, Esq.; Centex Real Estate Corporation d/b/a Centex Homes Corp; Jefferson Orchards, Inc.; Resource International, LTD; Beazer Home Corp.; Brown Shop Road LLC; and Blackford Village LLC.

Proposed by:

**SPILMAN THOMAS & BATTLE, PLLC**

By: /s/ Arch W. Riley, Jr.
    Arch W. Riley, Jr., Esquire (WVSB # 3107)
    1217 Chapline ST
    Post Office Box 831
    Wheeling, WV 26003-8731
    304.230.6955 (T)
    304.230.6951 (F)
    arileyjr@spilmanlaw.com

    Lynn M. Mentzer, Esquire (WVSB #10157)
    Spilman Center
    300 Kanawha Boulevard East
    Post Office Box 273
    Charleston, WV 25321-0273
    304.340.3868 (T)
    304.340.3801 (F)
    lmentzer@spilmanlaw.com

    **Counsel to S.F.C., L.L.C. and S.F.C. II, L.L.C.**

    - and –

**BARTH & THOMPSON**

By: /s/ Stephen L. Thompson
    Stephen L. Thompson, Esquire
    Kanawha BLVD West at Berkeley Street
    Post Office Box 129
    Charleston, WV 25321-0129

    - and -

**JOHNSTONE GABHART & PRIM, LLP**
    Mary K. Prim, Esquire
    1125 Virginia ST E
    Post Office Box 313
    Charleston, WV 25301-0313

    **Co-Counsel to C. William Hetzer, Inc.**