IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg Division

C. WILLIAM HETZER, INC.,

    Plaintiff,

v.                                     Civil Action No. 3:07-CV51

S.F.C. II, L.L.C., et al.,

    Defendants.

## CONSENT ORDER DISMISSING JEFFERSON ORCHARDS, INC. AS A DEFENDANT AND DISMISSING THE COMPLAINT AS TO JEFFERSON ORCHARDS, INC.

Having considered the Motion to Drop Jefferson Orchards, Inc. as a Defendant and to Dismiss Complaint against Jefferson Orchards, Inc., ("Jefferson's Motion") and by agreement of the parties, it is hereby

**ORDERED** that Jefferson's Motion is GRANTED; and it is further

**ORDERED** that Jefferson Orchards, Inc. is dropped as a defendant in the above captioned civil action and any claims of the Plaintiff asserted against Jefferson Orchards, Inc. set forth in this civil action are dismissed with prejudice.

ENTERED: 7-9-2007

JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

AGREED TO:

_____/s/_____
Stephen L. Thompson, Esquire (WVSB #3751)
Barth & Thompson
P.O. Box 129
Charleston, WV 25321
Telephone 304-342-7111
Telecopy 304-342-6215
*Counsel to C. William Hetzer, Inc.*


_____/s/_____
Peter L. Chakmakian, Esquire (WVSB # 687)
Post Office Box 547
Charles Town, WV 25414
Telephone 304-725-9797
Telecopy 304-725-3643
*Counsel to Jefferson Orchards, Inc*